| AO-10<br>Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2002 | Report Required by the Ethics<br>in Government Act of 1978,<br>(5 U.S.C. App., §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br>George W. Miller | 2. Court or Organization<br>U.S. Court of Federal Claims | 3. Date of Report<br>8/25/03 |
|---|---|---|

| 4. Title      (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br>Judge | 5. Report Type (check appropriate type)<br><br>X Nomination,  Date 7/30/03<br><br>___ Initial  ___ Annual  ___ Final | 6. Reporting Period<br><br>1/1/02 to 7/30/03 |
|---|---|---|

| 7. Chambers or Office Address<br>c/o Hogan & Hartson<br>555 13th St., N.W.<br>Washington, DC  20004-1109 | 8. On the basis of the information contained in this Report and<br>any modifications pertaining thereto, it is, in my opinion,<br>in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____  Date _____ |
|---|---|

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1  Partner | Hogan & Hartson, LLP |
| 2  Member, Adjunct Faculty | George Mason University School of Law |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1  2003 | If confirmed, I would expect to resign from Hogan & Hartson and receive a lump sum payment representing my interest in the earnings and capital of the firm, amounts due me under the firm's funded and unfunded retirement plans, and under the partners' investment program. I would thereby sever all legal and financial connections with the firm. |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 2001 | Hogan & Hartson, LLP | $218,040.00 |
| 2 | 2002 | Hogan & Hartson, LLP | $181,260.00 |
| 3 | 1/1/03 – 7/30/03 | Hogan & Hartson, LLP | $105,735.00 |
| 4 | 2001 | George Mason University School of Law | $2,160.00 |
| 5 | 2001 – 7/30/03 | Arlington County Public Libraries | |

\\\DC - 70250/0300 - 1763068 v2

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements.) | |
| 1 Exempt | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts.) | | |
| 1 Exempt | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities.) | | |
| 1 Princeton University | Parents' Tuition Loan | K |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g., div., rent or int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Texas Instruments (TXN) common stock | A | div. | K | T | Exempt | | | | |
| 2 Navy Federal Credit Union savings accounts | A | int. | L | T | Exempt | | | | |
| 3 Mass Mutual cash value life insurance policies | A | div. | L | T | Exempt | | | | |
| 4 Penn Mutual cash value life insurance policy | A | div. | J | T | Exempt | | | | |
| 5 Hogan & Hartson Partners' Retirement Plan: | | | | | | | | | |
|     Strong Large Cap Growth Fund | A | div. | P1 | T | Exempt | | | | |
|     Fidelity Retirement Money Market Fund | B | div. | M | T | Exempt | | | | |
| 6 Hogan & Hartson Partners' 401 (k) plan:<br>    Fidelity Retirement Money Market Fund | A | div. | K | T | Exempt | | | | |
| 7 Hogan & Hartson Partners' Unfunded Retirement Plan | None | None | O | T | Exempt | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

\\\\DC - 70250/0300 - 1763068 v2

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 8 Spouse's IRA (Navy Federal Credit Union) | A | div. | J | T | Exempt | | | | |
| 9 Spouse's 401 (a) Account with Arlington County: | | | | | | | | | |
| ING VP Money Market Portfolio | A | div. | J | T | Exempt | | | | |
| ING Fixed Account | A | div. | J | T | Exempt | | | | |
| 10 Spouse's 457 Account with Arlington County: | | | | | | | | | |
| ING VP Money Market Portfolio | A | div. | J | T | Exempt | | | | |
| 11 Pangemo Properties: Raw land in King George County, VA | E | Distribution | | | Exempt | | | | |
| 12. | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | P4=More than $50,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

\\\DC - 70250/0300 - 1763068 v2

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. Seq., 5 U.S.C. § 7353 and judicial conference regulations.

Signature _George W. Miller_      Date _August 25, 2003_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

\\\DC - 70250/0300 - 1763068 v2

| ASSETS | | LIABILITIES | |
| --- | --- | --- | --- |
| Cash on hand and in banks | $64,000.00 | Notes payable to banks-secured | 0 |
| U.S. Government securities-add schedule | 0 | Notes payable to banks-unsecured | 0 |
| Listed securities (1,256 shares of Texas Instruments) | $22,400.00 | Notes payable to relatives | 0 |
| Unlisted securities--add schedule | 0 | Notes payable to others | 0 |
| Accounts and notes receivable: | 0 | Accounts and bills due | 0 |
| Due from relatives and friends | 0 | Unpaid income tax | 0 |
| Due from others | 0 | Other unpaid income and interest | 0 |
| Doubtful | N/A | Real estate mortgages payable (15-year-mortgage with Navy Federal Credit Union on residence, Arlington, VA; will be fully paid by 2008) | $106,400.00 |
| Real estate owned Residence, Arlington, VA | $950,000.00 | Chattel mortgages and other liens payable | 0 |
| Real estate mortgages receivable | 0 | Other debts-itemize: | |
| Autos and other personal property | $27,000.00 | Home Equity Line of Credit with Navy Federal Credit Union | $30,000.00 |
| Cash value-life insurance | $60,000.00 | Tuition Loan due Princeton University | $22,500.00 |
| Other assets itemize: | | | |
| H&H Partner's Retirement Plan: Strong Large Cap Growth Fund Fidelity Retirement Money Market Fund | $1,635,000.00 $1,491,000.00 $144,000.00 | | |
| H&H Partners' 401 (k) Plan: Fidelity Retirement Money Market Fund | $21,700.00 $21,700.00 | | |
| H&H Partners' Unfunded Retirement Plan | $640,000.00 | | |
| Spouse's IRA (Navy Federal Credit Union) | $9,454.00 | | |
| Spouse's 457 and 401(a) Accounts w/ Arlington County | $20,500.00 | Total liabilities | $158,900.00 |

34